

FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY   DTA   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(S)

v.

IL Kwon ~~Chery~~ Chung

DEFENDANT(S).

CASE NUMBER

8:22-mj-41-DUTY

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __Indictment__
in the __Central__ District of __California__ on __10/21/2022__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1349 + 1344__
to wit: __Conspiracy to commit bank fraud and bank fraud__

A warrant for defendant's arrest was issued by: _____

Bond of $_____  _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/11/2022__
           Date

Signature of Agent

Print Name of Agent: Chris Fitzpatrick

Agency: IRS-CI

Title: Special Agent