Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY OTA DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
IL Kwon Chung
USMS# _____
PLAINTIFF

DEFENDANT

CASE NUMBER: 8:22 mj 41-DUTY

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 1/11/2022 at 735 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 1/11/22 at 735 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18-1349 (conspiracy) 18-1344 (bank fraud)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: No ☒ Yes Language: Korean

7. Year of Birth: 1956

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Fatima Vasquez

10. Remarks (if any): _____

11. Name: Chris Fitzpatrick (please print)

12. Office Phone Number: 916 919 1332     13. Agency: IRS-CI

14. Signature: _____     15. Date: 1/11/2022

CR-64 (09/20)         REPORT COMMENCING CRIMINAL ACTION